AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

Southern **DISTRICT OF** Florida

FILED by _____ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

JOHN ANTHONY ANSELMO

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 00-4249-BSS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 24, 2000** in **Broward** county, in the **Southern** District of **Florida** defendant(s) did, *(Track Statutory Language of Offense)*

knowingly by force, violence and intimidation did take from the person and presence of an employee of Washington Mutual Savings Bank, an institution insured by the FDIC approximately $ 2,064 belonging to and in the care, custody and control of Washington Mutual savings Bank.

in violation of Title **18** United States Code, Section(s) **2113(a)**.

I further state that I am a(n) **Special Agent of the FBI**
Official Title

and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

10-26-00                                           at           Fort Lauderdale, Florida
Date                                                             City and State

BARRY S. SELTZER U.S. MAGISTRATE JUDGE          _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

AFFIDAVIT

I, JAMES T. LEWIS, being duly sworn, depose and state:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), Miami Division, and have been so employed for almost four years. My primary responsibilities include the investigation of violent crimes such as bank robberies, armored car robberies and kidnappings. Prior to my employment with the FBI, I was a Fairfax County (Virginia) police officer for six years. The facts contained in this affidavit are based on my own investigation, information provided to me by other law enforcement personnel, and other witnesses. It does not contain every fact learned in this investigation to date but only those germane for a determination of probable cause.

2. On October 24, 2000, at approximately 3:10 PM, a white male subject entered the Washington Mutual Savings Bank(WMSB), 3201 North Federal Highway, Fort Lauderdale, Florida. This address is within the confines of Broward County. The deposits of WMSB are insured by the Federal Deposit Insurance Corporation (FDIC). The subject approached a teller and presented a piece of paper which read, in part, "I have a gun. Give me your 100's and 50's." Realizing that she was being robbed, the teller complied with the subject's demands and gave him $2,064.00 in US currency.

The subject retained the demand note. The subject was further described as being short with a thin build. The teller was able to identify a subject on the bank surveillance videotape as the person who robbed her.

3. The subject was accompanied by a second male during the robbery and both made their escape on foot thru the parking lot. They called a taxicab who picked them up at a nearby Holiday Inn hotel.

4. After reviewing the suspect on the videotape, your affiant recognized the robber as the same subject who has robbed several banks in Broward County over the past week. The physical description of the robber was the same, the modus operendi was the same and he wore similar clothing items in each of the robberies, including that of the WMSB.

5. On October 23, 2000, the Bank of America, 1601 East Oakland park Boulevard, Fort Lauderdale was robbed by an individual identified as JOSEPH JOHN FELZER. He was assisted in this robbery by KIMBERLY ADAMS. Both subjects were arrested by police and FBI agents and provided full confessions. FELZER admitted to committing three additional bank robberies from October 16 thru October 20 in Broward County with an individual known as "TONY". FELZER believed his last name was IZZO. FELZER was shown bank surveillance photos of the robberies and identified the robber in each of the pictures as "TONY". FELZER detailed their robberies to your affiant and stated that he and

TONY would rob banks in order to obtain money to purchase crack cocaine. He identified the particular area in Fort Lauderdale where they would purchase crack.

6. On October 25, 2000, your affiant and local detectives met with a Cooperating Witness (CW) in that area of Fort Lauderdale. The CW admitted to knowing "TONY" and further identified him as JOHN ANTHONY ANSELMO. The CW admitted to being in the getaway vehicle during a bank robbery that ANSELMO and FELZER committed on October 16 in Pompano Beach. She was shown surveillance pictures from different robberies over the past week, including the October 24 robbery of the WMSB and confirmed that it was ANSELMO in the pictures.

7. A booking photograph of ANSELMO from the Broward County Sheriff's Office was obtained on October 25. The CW was shown the Anselmo's booking photograph and identified the person in the photograph as Tony ANSELMO. ANSELMO has a date of birth of September 2, 1964. He is approximately 5'5", 130 pounds.

8. Your affiant also compared the bank surveillance photographs of the suspect at the above detailed bank robberies to the booking photograph of ANSELMO. Based on my experience, your affiant belives that the suspect in the photographs is ANSELMO. In addition, a relative of ANSELMO was contacted and shown the surveillance photograph from the WMSB robbery on October 24, 2000. The family member advised that it was John

ANSELMO depicted in the photograph.

9. Based upon the preceding information, I submit there is probable cause to arrest JOHN ANTHONY ANSELMO, W/M, date of birth: September 2, 1964, for the robbery of the Washington Mutual Savings Bank on October 24, 2000, in violation of Title 18, United States Code, Section 2113.

FURTHER AFFIANT SAITH NOT.

James T. Lewis, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 26TH day of October, 2000

Barry S. Seltzer
United States Magistrate Judge