AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA
V.
JOHN ANTHONY ANSELMO

## WARRANT FOR ARREST

CASE NUMBER: 00-4249-BSS

To: The United States Marshal
and any Authorized United States Officer

FILED by
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest  JOHN ANTHONY ANSELMO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

in violation of Title _____18_____ United States Code, Section(s) _____2113(a)_____

BARRY S. SELTZER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

10-26-2000   FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ PRETRIAL DETENTION by [signature]
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.