-cr-06323-DTKH   Document 4   Entered on FLSD Docket 11/03/2000

COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | John Anthony Anselmo (J)# | CASE NO: | 00-4249-BSS |
| AUSA: | Tom Lanigan / Kathleen Rice | ATTNY: | Tim Day |
| AGENT: | | VIOL: | 18:2113 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no      COUNSEL APPOINTED: AFPD

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

△ - advised of charges.
△ - sworn for counsel.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
     ____ Electronic Monitoring

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| NEXT COURT APPEARANCE: | | | |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 11-8-00 | 10:30am | SNOW |
| PRELIM/ARRAIGN. OR REMOVAL: | 11-17-00 | 11:00am | LSS |
| STATUS CONFERENCE: | | | |
| DATE: 11-3-00 | TIME: 11:00am | TAPE #00- 089/090 | PG # 10 |

3546-3675
00-090