AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

JOHN ANTHONY ANSELMO

## WARRANT FOR ARREST

CASE NUMBER: 00-4249- BSS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOHN ANTHONY ANSELMO**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
**BANK ROBBERY**

in violation of Title __18__ United States Code, Section(s) __2113(a)__

BARRY S. SELTZER
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

10-26-2000   FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ PRETRIAL DETENTION by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
**Miami, FL**

| DATE RECEIVED 10/26/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 11/2/00 | | |

This form was electronically produced by Elite Federal Forms, Inc.