## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JOHN ANTHONY ANSELMO (J)   CASE NO: 00-4249-BSS
AUSA: TOM LANIGAN — *pre*   ATTY: FPD — Tim Day
AGENT: S/A Jim Lewis   VIOL:
PROCEEDING: PTD HEARING   RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / no   COUNSEL APPOINTED:
BOND SET @:   To be cosigned by:

[FILED stamp: NOV 8 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA., FT. LAUD.]

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

Gov't proceeded by proffer
James Lewis sworn for cross

PTD ordered
danger to comm.
+ risk of flight.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 11-8-00   TIME: 10:30   FTL/LSS TAPE # 00 - 055   Begin: 3448   End: 864
and 056

8 pt