TPL:mmp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

N o._____
18 USC 2113(a)
18 USC 2

**00-6323
CR-HURLEY**

MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA

PLAINTIFF,

vs.

JOHN ANTHONY ANSELMO
a/k/a "Tony Izzo" and JOSEPH FELZER,

DEFENDANTS.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about October 16, 2000, at Davie, Broward County, in the Southern District of

Florida, the defendants,

**JOHN ANTHONY ANSELMO a/k/a "Tony Izzo"
and
JOSEPH FELZER,**

did knowingly, by force, violence and intimidation, take from the person and presence of an



employee of Bank of America, approximately seven thousand, one hundred and sixty-four dollars ($7,164) in United States currency, belonging to and in the care, custody, control, management, and possession of Bank of America, located in Davie, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT 2

On or about October 16, 2000, at Pompano Beach, Broward County, in the Southern District of Florida, the defendants,

**JOHN ANTHONY ANSELMO a/k/a "Tony Izzo"**
**and**
**JOSEPH FELZER,**

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of SouthTrust Bank, approximately one thousand, two hundred and three dollars ($1,203) in United States currency, belonging to and in the care, custody, control, management, and possession of SouthTrust Bank, located in Pompano Beach, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT 3

On or about October 19, 2000, at Deerfield Beach, Broward County, in the Southern District of Florida, the defendants,

**JOHN ANTHONY ANSELMO a/k/a "Tony Izzo"**
**and**
**JOSEPH FELZER,**

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of Republic Bank, approximately two thousand, two hundred and eighteen dollars ($2,218)

in United States currency, belonging to and in the care, custody, control, management, and possession of Republic Bank, located in Deerfield Beach, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

### COUNT 4

On or about October 24, 2000, at Fort Lauderdale, Broward County, in the Southern District of Florida, the defendant,

### JOHN ANTHONY ANSELMO a/k/a "Tony Izzo",

did knowingly, by force, violence and intimidation, attempt to take from the person and presence of an employee of Northern Trust, United States currency belonging to and in the care, custody, control, management, and possession of Northern Trust, located in Fort Lauderdale, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

### COUNT 5

On or about October 24, 2000, at Oakland Park, Broward County, in the Southern District of Florida, the defendant,

### JOHN ANTHONY ANSELMO a/k/a "Tony Izzo",

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of Washington Mutual Savings Bank, approximately two thousand and sixty-four dollars ($2,064) in United States currency, belonging to and in the care, custody, control, management, and possession of Washington Mutual Savings Bank, located in Oakland Park, Florida, a bank

whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of

Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

GRAND JURY FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v.<br>John Anthony Anselmo a/k/a<br>"Tony Izzo", et al.          / | **CERTIFICATE OF TRIAL ATTORNEY***<br>**Superseding Case Information:** |

**Court Division:** (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)  Yes ___  No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) NO
   List language and/or dialect  _____

4. This case will take  _3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days        _X_     Petty       ___
   II   6 to 10 days       ___     Minor       ___
   III  11 to 20 days      ___     Misdem.     ___
   IV   21 to 60 days      ___     Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ___ Yes
   If yes:
   Magistrate Case No.  _00-4249-BSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _November 2, 2000_  (ANSELMO)
   Defendant(s) in state custody as of _October 23, 2000_  (FELTZER)
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _____ NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500033

*Penalty Sheet(s) attached                                REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: <u>John Anthony Anselmo a/k/a "Tony Izzo"</u>     No.: _____

**Count # I:**     Bank Robbery     18 U.S.C. § 2113(a), 18 U.S.C. § 2

**\*Max Penalty**: Twenty years' imprisonment, three year period of supervised release and $250,000 fine

**Count # 2:**     Bank Robbery     18 U.S.C. § 2113(a), 18 U.S.C. § 2

**\*Max Penalty**: Twenty years' imprisonment, three year period of supervised release and $250,000 fine

**Count # 3:** Bank Robbery     18 U.S.C. § 2113(a), 18 U.S.C. § 2

**\*Max Penalty:**   Twenty years' imprisonment, three year period of supervised release and $250,000 fine

**Count # 4:** Attempt Bank Robbery     18 U.S.C. § 2113(a), 18 U.S.C. § 2

**\*Max Penalty:**   Twenty years' imprisonment, three year period of supervised release and $250,000 fine

**Count # 5:** Bank Robbery        18 U.S.C. § 2113(a), 18 U.S.C. § 2

**\*Max Penalty:**   Twenty years' imprisonment, three year period of supervised release and $250,000 fine

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96