

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-CR-HURLEY

UNITED STATES OF AMERICA

vs

JOHN ANTHONY ANSELMO

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on NOVEMBER 17, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __CUSTODY_____

                   _____

                   Telephone:_____

DEFENSE COUNSEL:   Name:_____FEDERAL PUBLIC DEFENDER_____

                   Address:_____

                   _____

                   Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____  no____  Bond hearing set for_____

Dated this __17TH__ day of __NOVEMBER_____,2000.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By:_Jenny Butler_____
                                  Deputy Clerk

                              Tape No. J 00-059

cc: Copy for Judge
    U. S. Attorney

