UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

Case 00-6323-Cr-DTKH

Plaintiff,

vs.

FORT LAUDERDALE, FLORIDA
NOVEMBER 8, 2000

JOHN ANTHONY ANSELMO,

Defendant.

TRANSCRIPT OF PRETRIAL DETENTION HEARING
BEFORE THE HONORABLE LURANA S. SNOW,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    THOMAS LANIGAN, A.U.S.A.
    500 East Broward Blvd., 7th Floor
    Ft. Lauderdale, FL 33301  954/356-7255

FOR THE DEFENDANT:

    TIMOTHY M. DAY, A.F.P.D.
    *Federal Public Defender's Office*
    400 Australian Ave. North, Ste. 300
    West Palm Beach, FL 33401  561/833-6288

REPORTED BY:

    JERALD M. MEYERS, RPR-CM
    Official Federal Court Reporter
    301 North Miami Avenue, 9th Floor
    Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**