TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __JOHN ANTHONY ANSELMO__

CASE NO. __00-6323__ CR-HURLEY

THIS CAUSE set for Pre-Trial Status Conference on __December 18, 2000__.

The parties report as follows

__X__ There are no pending motions for pre-trial determination

____ The following motions are pending before the assigned Magistrate Judge:

__None__

____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

__None__

__X__ There are no discovery problems.

__X__ The case is likely to settle by plea.   *Set on the Feb 2001 trial calendar; waiting for plea agreement*

____ The case is ready for trial and not likely to settle by plea.

__X__ The parties estimate trial will take __3__ days to complete.

____ Other comments:

Respectfully submitted,

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE

