UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-CR-HURLEY / Johnson

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN ANTHONY ANSELMO,

    Defendant.
_____/



## ORDER PERMITTING FEDERAL PUBLIC DEFENDER TO WITHDRAW AS COUNSEL

It appearing to the court that a conflict of interest exists between the interests of John Anthony Anselmo and another Defender client, Kimberly Adams, the Federal Public Defender's motion to withdraw as counsel is hereby GRANTED.

IT IS FURTHER ORDERED that the clerk shall appoint CJA counsel for Mr. Anselmo.

DONE and ORDERED this 5 day of January 2001, at West Palm Beach, Florida.

                                                        _____
                                                        DANIEL T. K. HURLEY
                                                        UNITED STATES DISTRICT JUDGE

cc:    Lori Barrist, AFPD
        Tom Lanigan, AUSA
        John Anthony Anselmo