UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN ANTHONY ANSELMO,

    Defendant.

_____/



## MOTION TO WITHDRAW AS COUNSEL

The Federal Public Defender moves for the entry of an order permitting her to withdraw as counsel for the defendant John Anthony Anselmo, and in support says the Federal Public Defender has also been representing Kimberly Adams, whose cooperation led to the arrest of the defendant.

According to the government, the defendant and co-defendant, Joseph Felzer, participated in several bank robberies. Then Felzer committed another bank robbery with Kimberly Adams; both Adams and Felzer were arrested and provided information leading to Anselmo's arrest. Anselmo was indicted along with Felzer in this case; the Federal Public Defender was appointed to represent him on November 3, 2000. Adams and Felzer were indicted in another bank robbery case, Case No. 00-6333-Cr-Ferguson and on December 19, 2000, the Federal Public Defender was appointed to represent Adams.

It is obvious that Ms. Adams hopes to gain a sentence reduction for her cooperation against Mr. Anselmo. And, counsel for Mr. Anselmo could potentially be forced to cross-examination Ms. Adams, another Defender client. As such, a conflict exists between the interests of Adams and Anselmo such that a separate lawyer should be appointed for Anselmo.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER


Lori Barrist
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 374504
400 Australian Avenue, Suite 300
West Palm Beach, FL 33401
TEL:(561) 833-6288
FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed/delivered this _____ day of January 2001, Tom Lanigan, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; and John Anthony Anselmo, Reg. No. 66553-004, Federal Detention Center (FDC), P.O. Box 019120, Miami, FL 33101.


Lori Barrist

2