```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
UNITED STATES OF AMERICA   :
                           :        CASE NO. 00-6323-CR-HURLEY
      Plaintiff,           :
                           :
vs.                        :
                           :
JOHN ANTHINY ANSELMO       :
                           :
      Defendant.           :
_____:
```

## NOTICE OF CHANGE OF PLEA HEARING

Defendant John Anthony Anselmo, by and through undersigned counsel, respectfully advises this Honorable Court and counsel for the government that a change of plea hearing has been set in this matter for Monday March 26, 2001 at 8:30 a.m. before the Honorable Daniel T.K. Hurley in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

Respectfully submitted,

DAVID P. HODGE
727 Northeast Third Avenue
Suite 100
Fort Lauderdale, Florida 33304
(954) 462-6145
Fax (954) 462-4393

BY: _____
    David P. Hodge
    FBN 478008

1

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 6th day of March, 2001 to: Thomas Lanigan, A.U.S.A., 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301.

Respectfully submitted,

DAVID P. HODGE  
727 Northeast Third Avenue  
Suite 100  
Fort Lauderdale, Florida 33304  
(954) 462-6145  
Fax (954) 462-4393

BY: _____  
    David P. Hodge  
    FBN 478008