# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

FILED by _____ D.C.
MAR 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

===========================================

Case No. __00-6323-CR__   Date __March 26, 2001__

Courtroom Deputy: James E. Caldwell   Court reporter: Pauline Stipes

Language Spoken: __English__   Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. __John Anthony Anselmo__

AUSA: __Thomas P. Lanigan__   DEFENSE COUNSEL: __David Hodge__

TYPE OF HEARING: __Change of plea from not guilty to guilty as to Counts one, two, three and five of the indictment.__

RESULTS OF HEARING: __After an inquiry, the pleas of guilty were accepted.__

Misc.: __Sentencing date set for Friday, June 15, 2001, at 9:30 a.m.__